## IN THE SUPREME COURT OF PENNSYLVANIA
## MIDDLE DISTRICT

| | | |
|---|---|---|
| THE DESIGN STUDIO AT 301, INC., | : | No. 689 MAL 2016 |
| | : | |
| Petitioner | : | |
| | : | Petition for Allowance of Appeal from |
| | : | the Order of the Superior Court |
| v. | : | |
| | : | |
| | : | |
| GARY AND CYNTHIA DUNSWORTH, | : | |
| | : | |
| Respondents | : | |

## <u>ORDER</u>

**PER CURIAM**

     **AND NOW**, this 22nd day of February, 2017, the Petition for Allowance of Appeal is **DENIED**.